UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re: 08-49859

    CHARLOTTE JOHNSON     Chapter 7
    Judge Shapero
        Debtor.
_____/

## ORDER DENYING MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT ON STATED CONDITIONS

Debtor(s), pursuant to Docket #20, having moved the Court for Approval of a Reaffirmation Agreement; Debtor(s) not having been represented by an attorney in connection therewith, and the Court having held a hearing thereon, it appearing to the Court (given the evidence elicited at the hearing as to the amount owed on the debt, the range of potential value of any collateral securing that debt, the nature and amount of Debtor(s) income and expenses, the understandings of the Debtor(s) as to the meaning and effect of a reaffirmation, the risks attendant to the reaffirmation, and other relevant considerations), that approving the reaffirmation would impose an undue hardship on the Debtor(s);

Now, therefore, it is **ORDERED** that (1) the Motion for Approval of the Reaffirmation Agreement is **DENIED**; and (2) Debtor(s) may remain in possession of the real property that is the subject of the reaffirmation agreement and continue periodic payments under the loan and applicable agreements; should default occur, the mortgagee is free to exercise its rights and remedies, including foreclosure, in accordance with applicable law.

**Signed on August 08, 2008**

                    **/s/ Walter Shapero**
                **Walter Shapero**
                **United States Bankruptcy Judge**